JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEISHA FORNEY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CREDENCE RESOURCE MANAGEMENT, LLC, <br><br> Defendant. | Case No. 16-cv-05125-MWF-FFM <br><br> ORDER OF DISMISSAL |

Based on the stipulation of the parties, Plaintiff Carneisha Forney and Defendant Credence Resource Management, LLC, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice

as to the claims of the putative class. Each party is to bear its own attorney's fees and costs.

      IT IS SO ORDERED.

Dated: February 27, 2017

                                          _____
                                          Hon. Michael W. Fitzgerald
                                          United States District Judge